AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 JUL 13 AM 10: 05

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Information associated with zheng.1771@osu.edu and ) Case No. 2:20-mj-359
songguo.zheng@osumc.edu that are controlled by The Ohio )
State University, located in Columbus, OH )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Southern__ District of __Ohio__
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B

YOU ARE COMMANDED to execute this warrant on or before  5-29-20   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Any MJ__
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 5-15-20 CMV 1:47pm     _____
Judge's signature

City and state: Columbus, OH     Chelsey M. Vascura, U.S. Magistrate Judge
Printed name and title

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:20-mj-359 | 5/18/2020 @ 7:55 AM | Helen Patton - Ohio State University |

Inventory made in the presence of:
FBI - CI evidence

Inventory of the property taken and name of any person(s) seized:

From approximately 6/5/2020 to 6/29/2020 OSU provided approximately two Apricorn 16GB USB drives via mail, six winzip files via email and two CD's via mail.

VET

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/13/2020

Executing officer's signature

Vincent Traul - Special Agent
Printed name and title